

**TERRY NAFISI**
District Court Executive and
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

Date: 3/22/12

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **MAR 26 2012** ★

**BROOKLYN OFFICE**

Eastern _____ District Of New York _____
225 Cadman Plaza East
Brooklyn, NY 11201-1818
Transfer of ☐ Criminal Case or ☑ Magistrate Case
Case No. MJ 12-649   Case Title: USA v Alessandro Taloni

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond       or    ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport   or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☑ Other NFPV - Financial Affidavit

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**       ☐ Original Consent of defendant
☐ Original Passport                  or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

> **\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
> Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  Janet_Aghbolaghi@cacd.uscourts.gov
    Deputy Clerk

cc: U.S. Attorney -Central District of California and Receiving District, Pretrial Services

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☑ CrimIntakeCourtDocs-LA@cacd.uscourts.gov   (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov   (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov   (Santa Ana Office)

Case No: _____                   Clerk, U.S. District Court

_____                            By: _____
Date                                   Deputy Clerk

CR-48 (04/09)            LETTER RE: F.R.CR.P. 5, 20 and 21 - TRANSFER OUT

# CJA AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | |

USA vs. Alessandro Taloni

FOR
AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)
Alessandro Taloni

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 12-649
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
21 U.S.C. 953(a)(1)(960(a)(1)
841(a)(1)

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☐ No ☒ Am Self Employed
Name and address of employer: Double Gemini, LLC
IF YES, how much do you earn per month? $ 0 profit
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ N/A
If a minor under age 21, what is Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ 21K 2012 Fiat

FILED MAR 19 2012 CLERK U.S. DISTRICT COURT DISTRICT OF CALIFORNIA BY DEPUTY

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Rent | | $ | $ 300 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 03-19-12

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)